IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CR413 |
| | ) | |
| BRIAN McGUIRE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion to continue trial (Doc. 23). For good cause shown, trial will be continued to April 21, 2009. The defendant will be required to file an affidavit or declaration regarding speedy trial in compliance with the Local Rules of Practice.

**IT IS ORDERED** that the motion is granted, as follows:

1. The jury trial now set for March 31, 2009 is continued to **Tuesday, April 21, 2009.**

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **March 31, 2009 and April 21, 2009**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Counsel require additional time to conduct plea negotiations and adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3. Defendant shall file an affidavit or declaration regarding speedy trial, as required by NECrimR 12.1 and/or 12.3, no later than **April 1, 2009.**

**DATED March 12, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**