IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 8:08CR413 |
| BRIAN McGUIRE, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the defendant's motion to continue trial (Doc. 29). The defendant has not filed any affidavit or declaration regarding speedy trial, as required by NECrimR 12.1 and/or 12.3, although he was ordered to do so by April 1, 2009 in conjunction with a prior continuance. See Order No. 24, filed March 12, 2009.

**IT IS ORDERED** that the motion to continue trial (Doc. 29) is denied.

Pursuant to NECrimR 57.2, a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later than April 16, 2009.

**DATED April 14, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**