**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR413** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **BRIAN McGUIRE,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion to continue sentencing (Filing No. 42).

The Defendant asks to continue his sentencing hearing because his son will undergo surgery on the same date. The Defendant is in custody.

IT IS ORDERED that the Defendant's motion to continue sentencing (Filing No. 42) is denied.

DATED this 7th day of August, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge